## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DIANE R. METZ

Case No. 15-10573TPA

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
　　　Movant

Chapter 13

vs.

Document No __

DEUTSCHE BANK NTC

　　　Respondents

### NOTICE OF FUNDS ON RESERVE

　　　The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 4745.

　　　Regular mortgage payments are currently being directed to the following creditor at the following address:

DEUTSCHE BANK NTC
C/O JPM CHASE BANK NA
3415 VISION DR
OH-4-7142
COLUMBUS,OH 43219

　　　Movant has been requested to send payments to:

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165

4745

　　　The Chapter 13 Trustee's CID Records of DEUTSCHE BANK NTC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

　　　The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 3/13/2017.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | <u>/s/ Ronda J. Winnecour</u><br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
DIANE R. METZ, 1436 CRANBROOK DRIVE, HERMITAGE, PA  16148

:
CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203

ORIGINAL CREDITOR:
DEUTSCHE BANK NTC, C/O JPM CHASE BANK NA, 3415 VISION DR, OH-4-7142, COLUMBUS, OH  43219

NEW CREDITOR:
SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165

DEBTOR'S COUNSEL:
REBEKA SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106