# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 15-10573 TPA |
| **Diane R. Metz** | : | |
| *Debtor* | : | **CHAPTER 13** |
| **Deutsche Bank National Trust** | : | |
| *Movant,* | : | Related to Claim No. 4 |
| **V.** | : | |
| **Diane R. Metz** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondent.* | : | |

## **DECLARATION**

**AND NOW**, this **19th** day of **July, 2017,** upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by *Deutsche Bank National Trust* at Claim No. 4 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated: July 19, 2017          By     /s/ Rebeka A. Seelinger  Esquire

Rebeka A. Seelinger, Esquire

Pa. I.D. #93897

4640 Wolf Rd

Erie, PA 16505

(814)-824-6670

E-Mail: rebeka@seelingerlaw.com