## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 15-10573 TPA** |
| **Diane R. Metz** | : | |
| *Debtor* | : | **CHAPTER 13** |
| **Deutsche Bank National Trust** | : | |
| *Movant,* | : | **Related to Claim No. 4** |
| V. | : | |
| **Diane R. Metz** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**On** this **8th** day of February, 2020**,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by *Deutsche Bank National Trust* at Claim No. 4 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely a payment change to $885.35 effective 2/1/2020.

Dated: February 8, 2020        By        /s/ Rebeka A. Seelinger  Esquire

Rebeka A. Seelinger, Esquire

Pa. I.D. #93897

4640 Wolf Rd

Erie, PA 16505

(814)-824-6670

E-Mail: rebeka@seelingerlaw.com