Certificate Number: 17082-PAW-DE-034352018

Bankruptcy Case Number: 15-10573



17082-PAW-DE-034352018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 16, 2020, at 7:25 o'clock PM MST, DIANE R METZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: April 16, 2020

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director