IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-10573-TPA |
|    Diane R. Metz | : | |
|       Debtor | : | |
| | : | Chapter 13 |
| | : | |
| Diane R. Metz | : | |
|       Movant | : | |
| | : | Related to Document No. 115 |
|    v. | : | |
| | : | |
| Dollar General LLC | : | |
|       Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on May 29, 2020, I served, or caused to be served, a copy of the Order Terminating Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Dollar General LLC**
100 Mission Rd
Goodlettsville, TN 37072
(Via US Mail)

EXECUTED ON: May 29, 2020

    By: /s/ Rebeka A. Seelinger
      Rebeka A. Seelinger, Esquire
      SEELINGER LAW
      Attorney for Debtor
      PA ID #93897
      4640 Wolf Road
      Erie, PA 16505
      (814) 824-6670
      rebeka@seelingerlaw.com