FILED
5/29/20 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　DIANE R. METZ<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>DIANE R. METZ<br><br>　　Respondents | Case No.15-10573TPA<br><br>Chapter 13<br><br>Document No. 115 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___29th___ day of ___May___, 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

      Dollar General Corp
      Attn: Payroll Manager
      100 Mission Ridge
      Goodlettsville,TN 37072

is hereby ordered to immediately terminate the attachment of the wages of DIANE R. METZ, social security number XXX-XX-9231. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DIANE R. METZ.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_/s/ Ronda Winnecour_
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Diane R. Metz  
    Debtor

Case No. 15-10573-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: May 29, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.
```
db             +Diane R. Metz,    1436 Cranbrook Drive,    Hermitage, PA 16148-2049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               andygornall@latouflawfirm.com
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the UCFC Loan Trust 1998-D bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka Seelinger    on behalf of Plaintiff Diane R. Metz rebeka@seelingerlaw.com
              Rebeka Seelinger    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               rebeka@seelingerlaw.com
              Rebeka Seelinger    on behalf of Debtor Diane R. Metz rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```