| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | **DIANE R. METZ** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **15-10573TPA** |

## Form 4100N

# Notice of Final Cure Payment                                   10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

| **Part 1:** | **Mortgage Information** |
|---|---|

| | | Court claim no. (if known): |
|---|---|---|
| **Name of creditor:** | DEUTSCHE BANK NATIONAL TRUST CO - | 4-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 7  7  3  2 | |
| **Property Address:** | 1436 CRANBROOK DR HERMITAGE PA 16148 | |

| **Part 2:** | **Cure Amount** |
|---|---|

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.   Allowed prepetition arrearage: | (a) | $ 0.00 |
| b.   Prepetition arrearage paid by the trustee: | (b) | $ 0.00 |
| c.   Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d.   Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e.   Allowed postpetition arrearage: | (e) | $ 0.00 |
| f.   Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g.   **Total.** Add lines b, d, and f. | (g) | $ 0.00 |

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $885.35 |

The next postpetition payment is due on   7 / 1 / 2020
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **DIANE R. METZ** | | Case number *(if known)* | **15-10573TPA** |
|---|---|---|---|---|
| | Name | | | |

| Part 4: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**✗** /s/ Ronda J. Winnecour                             Date    07/02/2020
      Signature

Trustee        Ronda J. Winnecour

Address        CHAPTER 13 TRUSTEE WD PA
               600 GRANT STREET
               SUITE 3250 US STEEL TWR
               PITTSBURGH, PA  15219

Contact phone  (412) 471-5566                    Email    cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DIANE R. METZ** | | Case number *(if known)* | **15-10573TPA** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/28/2015 | 0960775 | JPMORGAN CHASE BANK | AMOUNTS DISBURSED TO CREDITOR | 3,710.00 |
| 10/26/2015 | 0963844 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 853.69 |
| 11/24/2015 | 0967992 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 853.69 |
| 12/22/2015 | 0972069 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 853.69 |
| 01/26/2016 | 0976049 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 853.69 |
| 02/24/2016 | 0980036 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 853.69 |
| 03/28/2016 | 0984035 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 04/22/2016 | 0988304 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 05/24/2016 | 0992245 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 06/27/2016 | 1000990 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 07/26/2016 | 1004965 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 08/26/2016 | 1008946 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 09/27/2016 | 1012987 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 818.61 |
| 10/26/2016 | 1016885 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 884.39 |
| 11/21/2016 | 1020264 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 565.16 |
| 12/21/2016 | 1023539 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 942.05 |
| 01/27/2017 | 1026953 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 944.45 |
| 02/24/2017 | 1030407 | DEUTSCHE BANK NTC | AMOUNTS DISBURSED TO CREDITOR | 756.04 |
| 05/25/2017 | 1040409 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 2,395.73 |
| 06/27/2017 | 1043767 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 790.41 |
| 07/25/2017 | 1047084 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 956.97 |
| 08/25/2017 | 1050433 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 764.84 |
| 09/26/2017 | 1053759 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 869.39 |
| 10/25/2017 | 1057139 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,207.86 |
| 11/21/2017 | 1060445 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 763.73 |
| 12/21/2017 | 1063698 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 981.69 |
| 01/25/2018 | 1067105 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 02/23/2018 | 1070330 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 03/28/2018 | 1073501 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 04/24/2018 | 1076735 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 05/25/2018 | 1079973 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 06/22/2018 | 1083185 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 07/26/2018 | 1086312 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 08/28/2018 | 1089556 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 09/25/2018 | 1092761 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 10/29/2018 | 1095949 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 11/21/2018 | 1086312 | DEUTSCHE BANK NATIONAL TRUST CO - | CANCELLED CHECK TO CREDITOR/CONT | -852.54 |
| 11/21/2018 | 1098257 | DEUTSCHE BANK NATIONAL TRUST CO - | PREWRITTEN CHECK TO CREDITOR/CON | 852.54 |
| 11/27/2018 | 1099163 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 12/21/2018 | 1102283 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 01/25/2019 | 1105433 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 02/25/2019 | 1108721 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 852.54 |
| 03/25/2019 | 1111965 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 892.05 |
| 04/26/2019 | 1115247 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 05/24/2019 | 1118646 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 06/25/2019 | 1122030 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 07/29/2019 | 1125458 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 08/27/2019 | 1128895 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 09/24/2019 | 1132323 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 10/24/2019 | 1135577 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 11/25/2019 | 1139030 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 12/23/2019 | 1142455 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 885.93 |
| 01/28/2020 | 1145866 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 594.11 |
| 02/25/2020 | 1149353 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 959.00 |
| 04/27/2020 | 1156342 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 959.00 |
| 05/26/2020 | 1159742 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,914.64 |
| | | | | 51,962.74 |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DIANE R. METZ
1436 CRANBROOK DRIVE
HERMITAGE, PA  16148

REBEKA A SEELINGER ESQ
4640 WOLF RD
ERIE, PA  16505

DEUTSCHE BANK NATIONAL TRUST CO - TRUSTEE
C/O SELECT PORTFOLIO SERVICING INC*
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING INC**
ATTN BANKRUPTCY NOTICING
3217 S DECKER LAKE DR
SALT LAKE CITY, UT  84119

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


7/2/20                                          /s/ Roberta Saunier
                                                _____
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee