Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Diane R. Metz** | : | Case No. 15−10573−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 120 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/16/20 at 12:00 PM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 1st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 120 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 17, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 16, 2020 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10573-TPA
Diane R. Metz                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Jul 01, 2020
                              Form ID: 300b           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
```
db            +Diane R. Metz,   1436 Cranbrook Drive,   Hermitage, PA 16148-2049
cr            +SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
14050649      +Beneficial Consumer Discount Co.,   d/b/a Beneficial Mortgage Co of PA,
                11671 Penn Hills Drive,   Pittsburgh, PA 15235-3329
14050651      +Citifinancial Inc.,   PO Box 6243,   Sioux Falls, SD 57117-6243
14421456      +Deutsche Bank National Trust Company, a,   Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
14117589      +Deutsche Bank National Trust Company, f/k/a Banker,   Chase Records Center,
                Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14050654      +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
14050653      +Hermitage City and School District,   800 North Hermitage Road,   Hermitage, PA 16148-3220
14050657      +Juniper Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
14082676       US Dept of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
14050660      +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14050650       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2020 05:59:18     Cap One,
                Po Box 85520,   Richmond, VA 23285
14050652      +E-mail/Text: bankruptcynotice@fcbanking.com Jul 02 2020 06:00:18     First Commonwealth Bank,
                601 Philadelphia St,   Indiana, PA 15701-3952
14050655       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 02 2020 06:00:34     Internal Revenue Service,
                Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14050656       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 02 2020 05:59:14     JP Morgan Chase Bank,
                ATTN Payment Bankruptcy Prcsng,   3415 Vision Drive,   Columbus, OH 43219
14050659       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:57:59
                Portfolio Recovery Assoc. LLC,   PO Box 12914,   Norfolk, VA 23541
14054778       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:25
                Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                Harrisburg PA  17128-0946
14050658       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:25
                Pennsylvania Department of Revenue,   Department 280946,   PO Box 280946,
                Harrisburg, PA 17128-0496
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Commonwealth of Pennsylvania, Department of Revenu
cr             Deutsche Bank National Trust Company, Et Al...
cr             Deutsche Bank National Trust Company, as Trustee f
14050662*     +Beneficial Consumer Discount Co.,   d/b/a Beneficial Mortgage Co of PA,
                11671 Penn Hills Drive,   Pittsburgh, PA 15235-3329
14050663*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
14050664*     +Citifinancial Inc.,   PO Box 6243,   Sioux Falls, SD 57117-6243
14050665*     +First Commonwealth Bank,   601 Philadelphia St,   Indiana, PA 15701-3952
14050667*     +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
14050666*     +Hermitage City and School District,   800 North Hermitage Road,   Hermitage, PA 16148-3220
14050668*      Internal Revenue Service,   Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
14050669*    ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
              (address filed with court: JP Morgan Chase Bank,   ATTN Payment Bankruptcy Prcsng,
                3415 Vision Drive,   Columbus, OH 43219)
14050670*     +Juniper Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
14050672*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Assoc. LLC,   PO Box 12914,   Norfolk, VA 23541)
14050671*      Pennsylvania Department of Revenue,   Department 280946,   PO Box 280946,
                Harrisburg, PA 17128-0496
14050673*     +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
                                                                                   TOTALS: 3, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: jmar              Page 2 of 2             Date Rcvd: Jul 01, 2020
                              Form ID: 300b           Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               andygornall@latouflawfirm.com
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the UCFC Loan Trust 1998-D bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka Seelinger    on behalf of Plaintiff Diane R. Metz rebeka@seelingerlaw.com
              Rebeka Seelinger    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               rebeka@seelingerlaw.com
              Rebeka Seelinger    on behalf of Debtor Diane R. Metz rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 9
```