**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/1/20 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DIANE R. METZ

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-10573 TPA

Chapter 13

Document No.: 120

### ORDER OF COURT

AND NOW, this \_\_\_1st\_\_\_ day of \_\_September\_\_, 20 20 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   jlm

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 15-10573-TPA
Diane R. Metz                                                   Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0315-1          User: dpas              Page 1 of 2                  Date Rcvd: Sep 01, 2020
                              Form ID: pdf900         Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Diane R. Metz,    1436 Cranbrook Drive,    Hermitage, PA 16148-2049
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14050649       +Beneficial Consumer Discount Co.,    d/b/a Beneficial Mortgage Co of PA,
                 11671 Penn Hills Drive,    Pittsburgh, PA 15235-3329
14050651       +Citifinancial Inc.,    PO Box 6243,    Sioux Falls, SD 57117-6243
14421456       +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14117589       +Deutsche Bank National Trust Company, f/k/a Banker,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14050654       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
14050653       +Hermitage City and School District,    800 North Hermitage Road,    Hermitage, PA 16148-3220
14050657       +Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
14082676        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
14050660       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14050650        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 02 2020 12:32:52      Cap One,
                 Po Box 85520,    Richmond, VA 23285
14050652       +E-mail/Text: bankruptcynotice@fcbanking.com Sep 02 2020 12:09:10      First Commonwealth Bank,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14050655        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 02 2020 12:09:12      Internal Revenue Service,
                 Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
14050656        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 02 2020 12:28:18      JP Morgan Chase Bank,
                 ATTN Payment Bankruptcy Prcsng,    3415 Vision Drive,    Columbus, OH 43219
14050659        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 12:30:25
                 Portfolio Recovery Assoc. LLC,    PO Box 12914,    Norfolk, VA 23541
14054778        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:09:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14050658        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:09:34
                 Pennsylvania Department of Revenue,    Department 280946,    PO Box 280946,
                 Harrisburg, PA 17128-0496
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Commonwealth of Pennsylvania, Department of Revenu
cr              Deutsche Bank National Trust Company, Et Al...
cr              Deutsche Bank National Trust Company, as Trustee f
14050662*      +Beneficial Consumer Discount Co.,    d/b/a Beneficial Mortgage Co of PA,
                 11671 Penn Hills Drive,    Pittsburgh, PA 15235-3329
14050663*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14050664*      +Citifinancial Inc.,    PO Box 6243,    Sioux Falls, SD 57117-6243
14050665*      +First Commonwealth Bank,    601 Philadelphia St,    Indiana, PA 15701-3952
14050667*      +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
14050666*      +Hermitage City and School District,    800 North Hermitage Road,    Hermitage, PA 16148-3220
14050668*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
14050669*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: JP Morgan Chase Bank,    ATTN Payment Bankruptcy Prcsng,
                 3415 Vision Drive,    Columbus, OH 43219)
14050670*      +Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
14050672*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc. LLC,    PO Box 12914,    Norfolk, VA 23541)
14050671*       Pennsylvania Department of Revenue,    Department 280946,    PO Box 280946,
                 Harrisburg, PA 17128-0496
14050673*      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
                                                                                   TOTALS: 3, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1          User: dpas               Page 2 of 2            Date Rcvd: Sep 01, 2020
                              Form ID: pdf900          Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               andygornall@latouflawfirm.com
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the UCFC Loan Trust 1998-D bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Plaintiff Diane R. Metz rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Debtor Diane R. Metz rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```